# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

08 MAR -5 PM 5:10

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

One 2003 Saab, California license number 5BKP958, Vehicle Identification Number (VIN) YS3FB49S231013386, registered in the name of Ahmad Hnaino.

UNSEALED ON 4/7/08

ORDERED SEALED BY COURT

**APPLICATION AND AFFIDAVIT**

**FOR SEIZURE WARRANT**

CASE NUMBER: 08 MJ 0693

ORIGINAL

I, ____Nicholas I. Cheviron____, being duly sworn depose and say:

I am a ____Special Agent of the Federal Bureau of Investigation (FBI)____, and have reason to believe
*Official Title*
in the Southern District of California, there is now certain property, namely:

**One 2003 Saab, California license number 5BKP958, Vehicle Identification Number (VIN) YS3FB49S231013386, registered in the name of Ahmad Hnaino,**

which was used, or intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of... controlled substances, in violation of Title 21, United States Code, Section 881(a)(4). The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT, WHICH IS HEREBY INCORPORATED BY REFERENCE AND MADE A PART HEREOF.

_____
Signature of Affiant

Sworn to before me, and subscribed in my presence

__3/5/08 @ 4:35 pm__ at ____San Diego, California____
*Date/Time issued*

Honorable ____Cathy Ann Bencivengo____

__United States Magistrate Judge__
*Name and Title of Judicial Officer*

_____
Signature of Judicial Officer

AFFIDAVIT

STATE OF CALIFORNIA  )
                     )
COUNTY OF SAN DIEGO  )

I, Nicholas I. Cheviron, being duly sworn, depose and say the following,

### A. EXPERIENCE AND TRAINING

1. I am a Federal law enforcement officer and have been a Special Agent of the Federal Bureau of Investigation (FBI) since January 7, 2007.

2. From May 2004 through December 2006, I was employed as a Police Officer in Bloomington, Illinois. I received twelve (12) weeks of training at the Illinois State Police Training Institute, where I became familiar with how controlled substances are consumed, manufactured, packaged, marketed and distributed. I have had the opportunity to work with other patrol officers, and detectives, who have many years of experience in narcotic investigations.

3. I am a graduate of the twenty-one week New Agent's Training Program at the FBI Academy in Quantico, Virginia. Following graduation, I was transferred to the San Diego Division of the FBI on June 25, 2007, and assigned to the Organized Crime Squad.

4. As a Special Agent I have participated in several narcotic investigations of alleged criminal violations of the Controlled Substance Act Laws. I have participated in undercover investigations involving the purchase of controlled substances, executed search warrants for controlled substances, and have conducted numerous surveillances in connection with narcotic investigations. I am familiar with the operation of illegal drug trafficking organizations in the United States, including those organizations whose operations involve the distribution of wholesale quantities of marijuana, methamphetamine and cocaine.

5. This affidavit, in part, is based on personal knowledge derived from my participation in this investigation and, in part, based upon information from the following sources:

    a. Oral and written reports about this investigation which I have reviewed;

1

   b. Physical surveillance conducted by federal agents or local law enforcement agents, which observations have been reported to me either directly or indirectly;

   c. Summaries of conversations and electronic communications intercepted pursuant to court-authorized electronic surveillance orders;

   d. A review of consensually recorded conversations; and

   e. Statements of cooperating individuals.

  6. Except as otherwise noted, the information set forth in this affidavit has been provided to me by other agents of the FBI, DEA, the Criminal Investigation Division of the Internal Revenue Service (IRS), officers of the San Diego Police Department (SDPD) and other law enforcement officers. Unless otherwise noted, whenever in this Affidavit I assert that a statement was made, the information was provided by another law enforcement officer (who may have had either direct or hearsay knowledge of the statement) to whom I have spoken or whose report I have read and reviewed. Likewise, information resulting from surveillance, except where otherwise indicated, does not necessarily set forth my own observations but rather has been provided directly or indirectly by other law enforcement officers who conducted such surveillance.

**B.** **DESCRIPTION OF VEHICLE TO BE SEIZED/FORFEITED**

  7. This affidavit is made in support of the application for a seizure warrant for a **2003 Saab, California license number 5BKP958, Vehicle Identification Number (VIN) YS3FB49S231013386 (hereinafter a 2003 Saab).** This vehicle is registered in the name of Ahmad Hnaino, 12956 Cristallo Place, San Diego, California.

**C.** **APPLICABLE STATUTES**

  8. The statutory bases for the seizure and forfeiture of the **2003 Saab** is Title 21, United States Code, Section 881(a)(4), which states in pertinent part:

> The following shall be subject to forfeiture to the United States and no property right shall exist in them:
>
> (4) All conveyances, including aircraft, vehicles, or vessels, which are used, or are intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of ... controlled substances which have been

2

manufactured, distributed, dispensed, or acquired in violation of Title 21 of the United States Code.

### D. SUMMARY OF INVESTIGATION

9. The FBI, Drug Enforcement Administration, Internal Revenue Service and members of the local law enforcement community are currently investigating the illegal diversion and distribution of pharmaceuticals, primarily hydrocodone bitartrate (such as Vicodin) and oxycodone (such as OxyContin), from three San Diego pharmacies: Galloway Pharmacy, Park Boulevard Pharmacy and White Cross Pharmacy.

10. Ahmad H. Hnaino, date of birth September 10, 1966, is the lead pharmacist at White Cross Pharmacy, 4074 Fairmont Avenue, San Diego, California, and the former lead pharmacist at Park Boulevard Pharmacy, 3904 Park Boulevard, San Diego, California, who has been illegally distributed pharmaceuticals. Based on a controlled purchases by a confidential source of information for the FBI (CI), agents estimate that Hnaino distributed approximately 6,000 hydrocodone tablets and 500 oxycodone tablets.

11. On March 5, 2008, a federal complaint was filed in the Southern District of California, charging Ahmad H. Hnaino with Title 21, United States Code, Section 841(a)(1) - Distribution of Oxycodone and Hydrocodone Bitartate, and Title 18, United States Code, Section 2 - Aiding and Abetting.

### E. PROBABLE CAUSE FOR SEIZURE OF 2003 SAAB

12. On February 29, 2008, Ahmad Hnaino sold four sealed bottles of oxycodone (each bottle containing 100 tablets); one bottle of oxycodone with a broken seal (containing 77 tablets) and twelve sealed bottles hydrocodone bitartrate (each bottle containing 500 tablets) to a confidential source of information for the FBI. The controlled purchase was surveilled, photographed and recorded. The vehicle utilized by Hnaino to meet with the confidential source in the vicinity of the Sears Essentials parking lot, located at 8730 Rio San Diego Drive, San Diego, California, was a green **2003 Saab** bearing California license 5BKP958. This vehicle is registered in the name of Ahmad Hnaino, 12956 Cristallo Place, San Diego, California.

13. During the controlled delivery, which took place at approximately 8:07 p.m. on February 29, 2008, hydocodone bitartrate tablets and oxycodone tablets were fronted to the CI with no payment being required at that time. Later in the evening, at approximately 10:25 pm, the CI met with Hnaino in the vicinity of the Living Room Coffeehouse located at 1010 Prospect Street, La Jolla, California. At the time of this meeting the confidential source provided Hnaino with $15,000 that was owed to Hnaino for a previous pharmaceuticals purchase. The vehicle utilized by Hnaino to meet with the confidential source to obtain the $15,000 owed to him was Hnaino's **2003 Saab**.

### F. CONCLUSION

15. Based upon the facts presented above, there is probable cause to believe that the **2003 Saab, California license number 5BKP958, Vehicle Identification Number (VIN) YS3FB49S231013386,** registered in the name of Ahmad Hnaino, 12956 Cristallo Place, San Diego, California, was used to facilitate the transportation of illegal substances. Query of the N.A.D.A. Official Used Car Guide reveals this vehicle to have a trade-in value of approximately $9,000. As such, the **2003 Saab** is subject to forfeiture to the United States pursuant to Title 21, United States Code, Section 881(a)(4).

16. The **2003 Saab** is mobile by its very nature and a significant tangible asset. In addition, San Diego is located within approximately ten miles of an international border with the Republic of Mexico, over which United States forfeiture orders are relatively unenforceable. Given these circumstances, I believe a restraining order alone would be insufficient to assure that the **2003 Saab** would be available for forfeiture to the United States should the Court or jury order the forfeiture.

4

## SEALING REQUEST

Because of the ongoing nature of this investigation, I am requesting that this affidavit and seizure warrant, and all other associated court records be ordered sealed until further order of the court, as disclosure of any of the above would hamper further investigative efforts.

Nicholas I. Cheviron
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this 5th day of March, 2008.

HON. CATHY ANN BENCIVENGO
United States Magistrate Judge
Southern District of California

5