AO 109 (2/90) Seizure Warrant

ORIGINAL

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA    08 MAR 14  PM 2:37

In the Matter of the Seizure of
*(Address or brief description of property or premises to be seized)*

**SEIZURE WARRANT**

**One 2003 Saab, California license number 5BKP958, Vehicle Identification Number (VIN) YS3FB49S231013386,** registered in the name of Ahmad Hnaino.

CASE NUMBER: '08 MJ 0693

ORDERED SEALED BY COURT

UNSEALED ON 4/7/08

TO:   Nicholas I. Cheviron,  and any Authorized Officer of the United States:

*Affidavit having been made before me by* FBI Special Agent Nicholas I. Cheviron, *who has reason to believe that in the Southern District of California, there is now certain property which is subject to forfeiture to the United States, namely:*

> One 2003 Saab, California license number 5BKP958, Vehicle Identification Number (VIN) YS3FB49S231013386, registered in the name of Ahmad Hnaino,

which was used, or intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of ... controlled substances, in violation of Title 21, United States Code, Section 881(a)(4).

*I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the property so described is subject to forfeiture and that grounds exist for the issuance of this seizure warrant.*

**YOU ARE HEREBY COMMANDED** *to seize within 10 days the property specified, serving this warrant and making the seizure in the daytime--6:00 a.m. to 10:00 p.m., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the United States Magistrate Judge, as required by law.*

3/5/08                              at    San Diego, California
Date                                      City and State

Honorable  Cathy Ann Bencivengo

**United States Magistrate Judge**                     *[signature]*
Name & Title of Judicial Officer                         Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 3/5/08 | 3/6/08, 6:01 a.m. | Left at residence (12956 Cristallo Pl., San Diego) |

**INVENTORY MADE IN THE PRESENCE OF**

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

- 2003 Saab bearing California license number 5BKP958, Vehicle Identification Number YS3FB49S231013386.

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_                                              3/13/08

U.S. Judge or Magistrate                        Date

**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**